BEJMA, Respondent, vs. JOHNSON and others, Appellants.

*October 29—November 17, 1914.*
*March 26—April 13, 1915.*

*Bejma v. Chicago & M. E. R. Co., ante,* p. 527, followed.

APPEAL from a judgment of the circuit court for Milwaukee county: F. C. ESCHWEILER, Circuit Judge. *Reversed.*

Action to recover damages sustained by the plaintiff by reason of injuries received by his minor son, who was run over by one of defendant's trains on November 23, 1912. The action was begun in the civil court and a judgment for $2,000 was entered in favor of the plaintiff. Upon appeal to the circuit court the judgment was affirmed, and the defendants appealed to this court.

For the appellants there was a brief by *Edgar L. Wood,* attorney, and *Peter Fisher* and *Bull & Johnson,* of counsel, and oral argument by *Mr. Wood* and *Mr. Fisher.*

*C. W. Bradford,* for the respondent.

The following opinion was filed November 17, 1914:

VINJE, J. The findings of the civil court were affirmed by the circuit court, and so far as they are material to the issues involved upon this appeal they were substantially the same as those contained in the verdict of the jury in the case of the minor son (*Bejma v. Chicago & M. E. R. Co., ante,* p. 527, 152 N. W. 180). The evidence supporting the findings is also substantially the same. Hence the decision in that case controls this.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment for defendants dismissing the complaint upon the merits.

TIMLIN, J., dissents.